**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

TERRI L. ARTHURS,

                Plaintiff,

vs.

NANCY A. BERRYHILL,
Acting Commissioner, Social Security Administration,

                Defendant.

Case No. 16-CV-510-GKF-FHM

## OPINION AND ORDER

Plaintiff's opening brief was due in this case on April 27, 2017. [Dkt. 13]. No brief has been filed, nor was an extension of time in which to file the brief requested. Plaintiff is directed to show cause on or before May 12, 2017, why the case should not be dismissed for failure to adhere to the schedule set by the court. Fed.R.Civ.P. 16(f)(1)(C).

SO ORDERED this 4th day of May, 2017.

_____
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE